UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELISA F. DILL, CHRISTI D.
THOMAS, LORITTA D. FINCH,
RACHEL RIGGS and MARK DILL,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No. 5:25-CV-00822-JSM-PRL

PANNU BROS TRUCKING, INC.,
a Foreign for Profit Corporation,
WHITEHORSE FREIGHT, LLC, a
Foreign for Profit Limited Liability Corporation,
JST TRUCK PERMITS, a Foreign For Profit
Corporation, JST DRUG TESTING, INC.,
A Foreign for Profit Corporation, JASWINDER
SINGH, an individual, and RAJVIR SINGH
BAGHRI, an individual,

    Defendants.
_____

### DEFENDANTS' MOTION FOR LEAVE TO FILE RULE 12 MOTION OUT OF TIME

Defendants Pannu Bros Trucking, Inc., Jaswinder Singh, and Rajvir Singh Baghri (collectively, Defendants), by and through undersigned counsel, move for leave to file their Rule 12 motion out of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), and state as follows:

1.　　This action was filed in Florida circuit court and removed to this Court on December 22, 2025. The operative pleading is Plaintiff's Second Amended Complaint.

2.　　Defendants have prepared a Rule 12 motion and file it contemporaneously with this motion.

Case No. 5:25-CIV-00822-JSM-PRL
Page 2

3. The brief delay occurred during the transition from state court to federal court. No clerk's default has been entered.

4. Good cause and excusable neglect exist under Rule 6(b)(1)(B), Plaintiff will not be prejudiced, and granting leave will promote resolution on the merits.

WHEREFORE, Defendants respectfully request that the Court grant leave to file their Rule 12 motion out of time and accept the motion as timely filed.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel conferred in good faith with Plaintiff's counsel regarding the relief requested herein by electronic communication. Plaintiff opposes the relief requested.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record and electronically filed in the Court's CM/ECF system and has been this 22nd day of January 2026.

> LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
> Attorneys for Defendants
> 789 SW Federal Highway, Suite 101
> Stuart, FL 34994
> Telephone: 772-678-6080
> Facsimile: 772-678-6631
>
> By: /s/ Ben Pahl
>    Benjamin S. Pahl
>    Florida Bar No.: 113709
>    BPahl@insurancedefense.net